AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*  Gershon Nina | 2. Court or Organization  EDNY | 3. Date of Report  5-1-07 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  USDJ active | 5a. Report Type (check appropriate type)  __ Nomination, Date _____  __ Initial ✔ Annual __ Final  5b. __ Amended Report | 6. Reporting Period  2006 |
|---|---|---|

| 7. Chambers or Office Address  225 Cadman Plaza E, Brooklyn N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION                NAME OF ORGANIZATION/ENTITY

☒ NONE (No reportable positions.)

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE                                    PARTIES AND TERMS

☒ NONE (No reportable agreements.)

RECEIVED
2007 MAY -7 A 10: 36
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE            SOURCE AND TYPE                          INCOME

### A. Filer's Non-Investment Income

☒ NONE (No reportable non-investment income.)

1                                                        $
2                                                        $
3                                                        $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☒ NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☒ NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | USAA (Mastercard) | credit card | K |
| 2 | Citi Premier Card (VisA) | credit card | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

Name of Person Reporting: **Nina Gershon**

Date of Report: **5·1·07**

## Page 1 INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private trans.) |
| NONE  No reportable income, assets. | | | | | | | | | |
| 1 IBM Common Stock | A | Div | J | T | | | | | |
| 2 US Gov't HH Bonds | B | Int | K | T | | | | | |
| 4 Fidelity Magellan (IRA) | A | Div | K | T | | | | | |
| 5 Fidelity Magellan (IRA) | A | Div | J | T | | | | | |
| 6 Fidelity NY tax free M.M. | A | Div | J | T | | | | | |
| 7 Washington Mutual (formerly Dime) (IRA) | Cash Eq. A | Int | J | T | | | | | |
| 9 Citibank Checking Acct. | | None | J | T | | | | | |
| 10 Chase Manh. Bank CD | A | Int | J | T | | | | | |
| 11 DW/Sears Liq. Assets | A | Div | J | T | | | | | |
| 13 Chase Manh Bank | A | Int | J | T | | | | | |
| 15 Dreyfus Growth r Inc (IRA) | A | Div | K | T | | | | | |
| 17 DW Dev. Growth Fund | A | Div | K | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2  Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000
(See Col. C1, D3)  N=$250,001-$500,000

| Name of Person Reporting | Date of Report |
|---|---|
| Nina Gershon | 5-1-07 |

## II. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| — NONE (No reportable income, assets.) | | — | | | | | | | |
| 18 DW Div. Growth Fund | A | Div | K | T | | | | | |
| 19 DW Global Div. Growth F | A | Div | K | T | | | | | |
| 20 Kaufmann Fund | A | Div | L | T | | | | | |
| 21 ▓▓▓ Deferred Comp | | None | N | T | | | | | |
| 22 DW Liq. Assets | A | Div | | | Transfer | 9/6 | J | A | N.Y. Money (NTFI) |
| 23 N.Y. Money Trust (NTFI) | A | Div | J | T | transfer | | | | see line: |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 30 LI Power - B Bond | A | Int | J | T | | | | | |
| 31 Vanguard 500 (IRA) | B | Div | L | T | | | | | |
| | | | | | | | | | |
| 33 Cattargu S Impt BE Bond | B | Int | K | T | | | | | |
| 34 Albany Co GO - B Bond | A | Int | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | | | |

## Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets.) | | -- | | | | | | | |
| 35 Fed. Int. Govt Fund (IRA) | A | Int | K | T | | | | | |
| 36 Dreyfus U.S. Int. Fund | A | Int | J | T | | | | | |
| 37 Vanguard GNMA Fund | A | Int | K | T | | | | | |
| 38 Dreyfus Mun. Bond Fund | A | Int | K | T | | | | | |
| 39 Vanguard GNMA (IRA) | B | Div | K | T | | | | | |
| | | | | | | | | | |
| 41 NYS Thruway Auth | A | Int | J | T | | | | | |
| 42 NYC Trans. Fin. | A | Int | K | T | | | | | |
| 43 Chautauqua Cty, N.Y. Bond | B | Int | K | T | | | | | |
| 44 NYS Dorm Auth | A | Int | J | T | | | | | |
| 45 NYS Dorm Auth | A | Int | J | T | | | | | |
| 46 NYC Mun Water Auth | A | Int | J | T | | | | | |
| 47 Haverstraw Pub Imp | A | Int | J | T | | | | | |
| 48 NYS Hsg Fin Agency | A | Int | K | T | | | | | |
| 49 Albany Cty NY Airport Auth | B | Int | K | T | | | | | |
| 50 NYS Local Govt Asst | B | Int | K | T | | | | | |
| 51 NYS Env Facs Corp | B | Int | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,0
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment
(See Col. C2)

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Nina Gershon

Date of Report: 5-1-07

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income. | | | | | | | | | |
| 52 NYS GOB | A | Int | J | T | | | | | |
| 53 Cohoes NY GOB | A | Int | K | T | | | | | |
| 54 NYS Env Facs Corp | A | Int | K | T | | | | | |
| 55 NYS Loc Govt Asst | A | Int | J | T | | | | | |
| 56 Schenectady NY School | A | Int | J | T | | | | | |
| 57 NYS Env. Facs Corp | B | Int | K | T | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,000-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=more than $5,000,000

2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Nina Gershon

Date of Report

5-1-07

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date _May 1, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544